

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00340-CV

**IN RE** Vanessa Lynn **CLARK**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Adrian A. Spears II, Justice
              Velia J. Meza, Justice

Delivered and Filed: June 18, 2025

PETITION FOR WRIT OF MANDAMUS AND EMERGENCY STAY DENIED

Relator filed her petition for writ of mandamus and emergency stay on May 29, 2025. Relator filed a supplemental advisory on June 10, 2025. This court has reviewed the petition, motion, record, and supplemental advisory. Having considered the foregoing and applying the applicable law, this court has determined that relator is not entitled to the relief requested. TEX. R. APP. P. 52.8(a). The petition for writ of mandamus and motion for emergency stay are **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 19-041, styled *In the interest of E.J.S., a Child*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.